IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUPE RAMIREZ, | ) | 1:09cv01508 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On August 25, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  On August 27, 2009, the Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

1  On January 11, 2010, Defendant lodged the administrative record. Pursuant to the Scheduling Order and the parties' subsequent stipulations to extend time, Plaintiff was required to file his opening brief on or before April 16, 2010. Plaintiff has failed to file a brief.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to comply with the Court's orders. Plaintiff is ORDERED to file a written response to this Order to Show Cause within fourteen (14) days of the date of this Order.

<u>Failure to respond to this Order to Show Cause will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **June 11, 2010**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE