IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUPE RAMIREZ, | ) | 1:09cv01508 DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 12) |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATION |
| | ) | FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL | ) | (Document 13) |
| SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 25, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On June 14, 2010, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief. Plaintiff responded to the order on June 14, 2010, by filing a stipulation to extend time to file an opening brief. Plaintiff also filed her opening brief. Based on Plaintiff's response, the order to show cause is DISCHARGED.

The parties' request for an extension of time is GRANTED. Defendant's opposition, if any, to Plaintiff's opening brief shall be filed on or before July 14, 2010. Plaintiff's reply shall be filed on or before July 29, 2010.

IT IS SO ORDERED.

Dated:  **June 15, 2010**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1